**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alan Arthur Smith** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7811** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter   **7**   **7/31/20** |
| Case number:   **20–33318–KLP** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alan Arthur Smith | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1306 Alsatia Drive <br> Henrico, VA 23238 | |
| 4. | **Debtor's attorney** <br> Name and address | Keith A. Pagano <br> Pagano & Marks, P.C. <br> 4510 S. Laburnum Ave <br> Richmond, VA 23231 | Contact phone 804–447–1002 <br> Email: kpagano@paganomarks.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Bruce E. Robinson <br> 341 Dial 866–769–9218 Code: 7515089 <br> P.O. Box 538 <br> South Hill, VA 23970–0538 | Contact phone (434) 447–7922 <br> Email:  bruce.robinsontr@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                  page **1**

Debtor **Alan Arthur Smith**                                              Case number **20–33318–KLP**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: August 3, 2020 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 1, 2020 at 04:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**For telephonic 341 creditors meeting, dial–in contact information see 341, notice, section 5. For updates, see, www.vaeb.uscourts.gov** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** November 2, 2020 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                             page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 20-33318-KLP
Alan Arthur Smith                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: manleyc          Page 1 of 1          Date Rcvd: Aug 03, 2020
                     Form ID: 309A        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2020.
```
db              +Alan Arthur Smith,    1306 Alsatia Drive,    Henrico, VA 23238-5107
15430920        +Argent Federal Credit Union,    PO Box 72,    Chesterfield, VA 23832-0900
15430928        +First National Bank of Omaha,    Attn: Bankruptcy,    Po Box 3128,   Omaha, NE 68103-0128
15430929        +Fortiva,    P.O. Box 105555,    Atlanta, GA 30348-5555
15430930        +LendingClub,    Attn: Bankruptcy,    595 Market St, Ste 200,    San Francisco, CA 94105-2807
15430931        +Marcus by Goldman Sachs,    Attn: Bankruptcy,    Po Box 45400,    Salt Lake City, UT 84145-0400
15430932        +Mrc/united Wholesale M,    8950 Cypress Waters,    Coppell, TX 75019-4620
15430933        +Sofi Lending Corp,    Attn: Bankruptcy,    375 Healdsburg Avenue Suite 280,
                 Healdsburg, CA 95448-4151
15430935        +US Attorney,    919 E. Main Street,    Floor 19,    Richmond, VA 23219-4622
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: kpagano@paganomarks.com Aug 04 2020 06:30:29      Keith A. Pagano,
                 Pagano & Marks, P.C.,    4510 S. Laburnum Ave,    Richmond, VA  23231
tr               E-mail/Text: bruce.robinson@txitrustee.com Aug 04 2020 06:31:14      Bruce E. Robinson,
                 341 Dial 866-769-9218 Code: 7515089,    P.O. Box 538,    South Hill, VA  23970-0538
15430919        +EDI: AMEREXPR.COM Aug 04 2020 09:43:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
15430921        +EDI: BANKAMER.COM Aug 04 2020 09:43:00      Bank of America,    4909 Savarese Circle,
                 Fl1-908-01-50,    Tampa, FL 33634-2413
15430922        +E-mail/Text: cswelch@chartway.com Aug 04 2020 06:32:45      Chartway FCU,    Attn: Bankruptcy,
                 5700 Cleveland Street,    Virginia Beach, VA 23462-1752
15430924        +EDI: CITICORP.COM Aug 04 2020 09:43:00      Citibank,    Citicorp Credit Srvs/Centralized Bk dept,
                 Po Box 790034,    St Louis, MO 63179-0034
15430925        +EDI: WFNNB.COM Aug 04 2020 09:43:00      Comenitybank/wsvisa,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
15430926        +EDI: WFNNB.COM Aug 04 2020 09:43:00      Comenitycapital/orbitz,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15430927         EDI: IRS.COM Aug 04 2020 09:43:00      Department of the Treasury,    Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15430923         EDI: JPMORGANCHASE Aug 04 2020 09:43:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850-0000
15430934        +EDI: RMSC.COM Aug 04 2020 09:43:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2020 at the address(es) listed below:
```
              Bruce E. Robinson    bruce.robinsontr@gmail.com,
               therese.rogerstra@gmail.com;brobinson@IQ7Technology.com;ecf.alert+Robinson@titlexi.com;brobinson@
               ecf.epiqsystems.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Keith A. Pagano    on behalf of Debtor Alan Arthur Smith kpagano@paganomarks.com,
               kdodson@paganomarks.com;pballard@paganomarks.com;mfoley@paganomarks.com;btate@paganomarks.com;eha
               egele@paganomarks.com
                                                                                             TOTAL: 3
```